1  COLEMAN, BALOGH & SCOTT LLP
   ETHAN A. BALOGH, No. 172224
2  235 Montgomery Street, Suite 1070
   San Francisco, CA 94104
3  Phone: 415.391.0440
   Facsimile: 415.373.3901
4  eab@colemanbalogh.com

5  Attorneys for Defendant
   WESTON VENEGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 14 Cr. 120 EMC-NC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: ECF NO. 354 |
| v. | |
| WESTON VENEGAS, | Before the Honorable Edward M. Chen United States District Judge |
| Defendant. | |

**STIPULATION**

WHEREAS, defendant Weston Venegas filed objections to Magistrate Judge Cousins's Order denying a bill of particulars on Count Four, *see* ECF No. 354;

WHEREAS, in response, the Government maintained that it disclosed the factual bases on which it will seek to sustain Count Four in its opposition brief presented to Magistrate Judge Cousins, *see* ECF No. 329; and

WHEREAS, at the hearing of Mr. Venegas's objections, the Court directed the parties to confer about a stipulation requiring the Government to supplement the notice presented in ECF No. 329 should it obtain evidence of any additional incident(s) upon which it would seek to sustain Count Four at trial;

Plaintiff United States of America and Defendant Weston Venegas, by and through their counsel, hereby STIPULATE AND AGREE that should the Government obtain evidence regarding any new incident(s) not identified in ECF No. 329 and upon which, at trial, the Government would seek to sustain liability against Mr. Venegas for Count Four, the Government must provide written notice about the new incident(s) within 14 days of obtaining that evidence.

IT IS SO STIPULATED.

DATED: April 17, 2015        /s/
                             ETHAN A. BALOGH
                             Attorney for Defendant Weston Venegas

DATED: April 17, 2015        /s/
                             ANDREW M. SCOBLE
                             Assistant United States Attorney

* The filing attorney certifies that has obtained permission from the non-filing attorney to submit this information on behalf of both parties.

**[~~PROP~~OSED] ORDER**

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the Court resolves the objections presented by ECF No. 354 with this Order, and the Court ORDERS that should the Government obtain evidence regarding any new incident(s) not identified in ECF No. 329 and upon which, at trial, the Government would seek to sustain liability against Mr. Venegas for Count Four, the Government must provide written notice about the new incident(s) within 14 days of obtaining that evidence.

IT IS SO ORDERED.  This disposes of Docket #354.

Dated:  4/21/15

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1

**PROOF OF SERVICE**

    I, Ethan A. Balogh, certify that on April 17, 2015, I caused a copy of the foregoing pleading to be filed on the Court's ECF System, and that all parties to whom I am required to provide service shall be served in that matter.

Dated: April 17, 2015

*/s/ E A Balogh*
ETHAN A. BALOGH